UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4337 ODW(VBKx) | Date | August 10, 2010 |
|---|---|---|---|
| Title | Eveready Battery Company, Inc. v. Leed Imports, Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order to Show Cause re Case Settlement;**

**Order Vacating Scheduling Conference**

The Court is in receipt of the Notice of Settlement [22] filed August 9, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, September 20, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Scheduling Conference set for August 23, 2010 at 1:30 p.m. is hereby VACATED.

IT IS SO ORDERED.

: 00

Initials of Preparer   RGN